CONNECTICUT LABOR DEPARTMENT
EMPLOYMENT SECURITY DIVISION

1 q 10

CARLONE, JOSEPH A
46 VILLA RD
WATERBURY CT 06706

IF YOU HAVE BEEN FILING BY INTERNET(www.ct.gov/dol)
OR TELEPHONE AND ARE STILL CLAIMING BENEFITS,
REMEMBER TO FILE YOUR NEXT CLAIM.

IF YOU ARE FILING BY MAIL, CONTINUE TO MAIL IN
YOUR CLAIM FORM AS DIRECTED.

PLEASE KEEP THIS INFORMATION FOR YOUR RECORDS
DATE ISSUED: 04/06/2009
WEEK ENDING: 04/04/2009

XXX-XX-7466
Benefit check reduced by reported earnings.

$27 FEDERAL    $8 STATE WERE WITHHELD FROM THE ATTACHED CHECK

Separate the check along the perforated line very CAREFULLY. Banks can refuse to cash torn checks.

CONNECTICUT LABOR DEPARTMENT
EMPLOYMENT SECURITY DIVISION

```
0   0
0   0
0   0
0   0
```

CARLONE, JOSEPH A    `0   0`
46 VILLA RD
WATERBURY CT 06706    `0   0`

IF YOU HAVE BEEN FILING BY INTERNET(www.ct.gov/dol)
OR TELEPHONE AND ARE STILL CLAIMING BENEFITS,
REMEMBER TO FILE YOUR NEXT CLAIM.

IF YOU ARE FILING BY MAIL, CONTINUE TO MAIL IN
YOUR CLAIM FORM AS DIRECTED.

PLEASE KEEP THIS INFORMATION FOR YOUR RECORDS
DATE ISSUED: 04/12/2009
WEEK ENDING: 04/11/2009

XXX-XX-7466

$476

$52 FEDERAL   $16 STATE WERE WITHHELD FROM THE ATTACHED CHECK

Separate the check along the perforated line very CAREFULLY. Banks can refuse to cash torn checks.

CONNECTICUT LABOR DEPARTMENT
EMPLOYMENT SECURITY DIVISION

CARLONE, JOSEPH A
46 VILLA RD
WATERBURY CT 06706

IF YOU HAVE BEEN FILING BY INTERNET (www.ct.gov/dol)
OR TELEPHONE AND ARE STILL CLAIMING BENEFITS,
REMEMBER TO FILE YOUR NEXT CLAIM.

IF YOU ARE FILING BY MAIL, CONTINUE TO MAIL IN
YOUR CLAIM FORM AS DIRECTED.

PLEASE KEEP THIS INFORMATION FOR YOUR RECORDS
DATE ISSUED: 04/19/2009
WEEK ENDING: 04/18/2009

XXX-XX-7466



476 NET
-52
-16
$52 FEDERAL   $16 STATE WERE WITHHELD FROM THE ATTACHED CHECK

Separate the check along the perforated line very CAREFULLY. Banks can refuse to cash torn checks.

CONNECTICUT LABOR DEPARTMENT
EMPLOYMENT SECURITY DIVISION

CARLONE, JOSEPH A
46 VILLA RD
WATERBURY CT 06706

*IF YOU HAVE BEEN FILING BY INTERNET(www.ct.gov/dol)
OR TELEPHONE AND ARE STILL CLAIMING BENEFITS,
REMEMBER TO FILE YOUR NEXT CLAIM.*

*IF YOU ARE FILING BY MAIL, CONTINUE TO MAIL IN
YOUR CLAIM FORM AS DIRECTED.*

PLEASE KEEP THIS INFORMATION FOR YOUR RECORDS
DATE ISSUED: 04/26/2009
WEEK ENDING: 04/25/2009

*XXX-XX-7466*

*$52 FEDERAL   $16 STATE WERE WITHHELD FROM THE ATTACHED CHECK*

Separate the check along the perforated line very CAREFULLY. Banks can refuse to cash torn checks.

CO. FILE DEPT. CLOCK NUMBER
QS6 016499 420 0046030965 1

# Earnings Statement

**ADP**

GEM MANUFACTURING CO., INC.
78 BROOKSIDE ROAD
WATERBURY, CONNECTICUT 06708

Period Ending: 04/04/2009
Pay Date: 04/08/2009

5 q 10

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CT: Filing Status A

JOSEPH A CARLONE
46 VILLA RD
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 27.00 | 423.90 | |
| Bonus | | | 22.50 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$446.40** | 8,388.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -22.78 | 455.85 |
| | Medicare Tax | -5.33 | 106.61 |
| | CT State Income Tax | -2.49 | 173.12 |
| | Federal Income Tax | | 228.60 |
| | **Other** | | |
| | Hsa Ee | -15.29* | 214.06 |
| | Pre-Tax Med | -63.73* | 822.22 |
| | 401K $ | -8.93* | 167.79 |
| | **Net Pay** | **$327.85** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |

**Deposits**

| Account No. | 569222498 |
|---|---|
| Transit/ABA | 0313 1219 |
| Amount | $15.29 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $358.45



©1998, 2006. ADP, Inc. All Rights Reserved.

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

# Earnings Statement

**GEM MANUFACTURING CO., INC.**
78 BROOKSIDE ROAD
WATERBURY, CONNECTICUT 06708

Period Ending: 03/28/2009
Pay Date: 04/01/2009

6 q 10

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CT: Filing Status A

JOSEPH A CARLONE
46 VILLA RD
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 32.00 | 502.40 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$502.40** | 7,942.25 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -26.25 | 433.07 |
| Medicare Tax | | -6.14 | 101.28 |
| CT State Income Tax | | -4.38 | 170.63 |
| Federal Income Tax | | | 228.60 |
| **Other** | | | |
| Hsa Ee | | -15.29* | 198.77 |
| Pre-Tax Med | | -63.73* | 758.49 |
| 401K $ | | -10.05* | 158.86 |
| **Net Pay** | | **$376.56** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |
| **Deposits** | | |
| Account No. | | 569222498 |
| Transit/ABA | | 0313 1219 |
| Amount | | $15.29 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $413.33




©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|---|
| QS6 | 016499 | 420 | | 0045989954 | 010 1 |

# Earnings Statement

**ADP**

GEM MANUFACTURING CO., INC.
78 BROOKSIDE ROAD
WATERBURY, CONNECTICUT 06708

Period Ending: 03/21/2009
Pay Date: 03/25/2009

7 q 10

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CT: Filing Status A

JOSEPH A CARLONE
46 VILLA RD
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 40.00 | 628.00 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$628.00** | 7,439.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.32 | 228.60 |
| | Social Security Tax | -34.04 | 406.82 |
| | Medicare Tax | -7.96 | 95.14 |
| | CT State Income Tax | -13.75 | 166.25 |
| | **Other** | | |
| | Hsa Ee | -15.29* | 183.48 |
| | Pre-Tax Med | -63.73* | 694.76 |
| | 401K $ | -12.56* | 148.81 |
| | **Net Pay** | | **$471.35** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |

| Deposits | |
|---|---|
| Account No. | 569222498 |
| Transit/ABA | 0313 1219 |
| Amount | $15.29 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $536.42

©1998, 2006, ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE

CO    FILE    DEPT    CLOCK    NUMBER
QS6    016499    420            0045969776    1

# Earnings Statement 

GEM MANUFACTURING CO., INC.  
78 BROOKSIDE ROAD  
WATERBURY, CONNECTICUT 06708

Period Ending:    03/14/2009  
Pay Date:         03/18/2009

8 y 10

Taxable Marital Status:    Married  
Exemptions/Allowances:  
   Federal:    2  
   CT:         Filing Status A

JOSEPH A CARLONE  
46 VILLA RD  
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 40.00 | 628.00 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$628.00** | 6,811.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.32 | 219.28 |
| | Social Security Tax | -34.03 | 372.78 |
| | Medicare Tax | -7.96 | 87.18 |
| | CT State Income Tax | -13.75 | 152.50 |
| | **Other** | | |
| | Hsa Ee | -15.29* | 168.19 |
| | Pre-Tax Med | -63.73* | 631.03 |
| | 401K $ | -12.56* | 136.25 |
| | **Net Pay** | **$471.36** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |

**Deposits**

| | |
|---|---|
| Account No. | 569222498 |
| Transit/ABA | 0313 1219 |
| Amount | $15.29 |

\* Excluded from federal taxable wages  
Your federal taxable wages this period are $536.42

©1998, 2006. ADP, Inc. All Rights Reserved.

COPY    COPY

▼ TEAR HERE

© 2000 ADP, Inc.

# Earnings Statement

**ADP**

GEM MANUFACTURING CO., INC.
78 BROOKSIDE ROAD
WATERBURY, CONNECTICUT 06708

Period Ending: 03/07/2009
Pay Date: 03/11/2009

9 of 10

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:    2
  CT:    Filing Status A

JOSEPH A CARLONE
46 VILLA RD
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 40.00 | 628.00 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$628.00** | 6,183.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.32 | 209.96 |
| | Social Security Tax | -34.04 | 338.75 |
| | Medicare Tax | -7.96 | 79.22 |
| | CT State Income Tax | -13.75 | 138.75 |
| | **Other** | | |
| | Hsa Ee | -15.29* | 152.90 |
| | Pre-Tax Med | -63.73* | 567.30 |
| | 401K $ | -12.56* | 123.69 |
| | **Net Pay** | **$471.35** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |

| Deposits | |
|---|---|
| Account No. | 569222498 |
| Transit/ABA | 0313 1219 |
| Amount | $15.29 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $536.42

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | 010 |
|---|---|---|---|---|---|
| QS6 | 016499 | 420 | | 0045933888 | 1 |

# Earnings Statement

**ADP**

**GEM MANUFACTURING CO., INC.**
*78 BROOKSIDE ROAD*
*WATERBURY, CONNECTICUT 06708*

Period Ending:   02/28/2009
Pay Date:        03/04/2009

10 of 10

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  CT:        Filing Status A

JOSEPH A CARLONE
46 VILLA RD
WATERBURY, CT 06706

Social Security Number: XXX-XX-7466

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7000 | 40.00 | 628.00 | |
| Overtime | | | | 29.45 |
| **Gross Pay** | | | **$628.00** | 5,555.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.32 | 200.64 |
| | Social Security Tax | -34.04 | 304.71 |
| | Medicare Tax | -7.96 | 71.26 |
| | CT State Income Tax | -13.75 | 125.00 |
| | **Other** | | |
| | Hsa Ee | -15.29* | 137.61 |
| | Pre-Tax Med | -63.73* | 503.57 |
| | 401K $ | -12.56* | 111.13 |
| | **Net Pay** | | **$471.35** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 24.11 |
| 401K Co Match | | 24.11 |

**Deposits**
Account No.           569222498
Transit/ABA           0313 1219
Amount                $15.29

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $536.42

©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE